| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **DISTRICT OF KANSAS** | |
| Case number (if known): _____ Chapter **12** | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name** — **Amy Land and Cattle LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — **8 1 – 5 3 2 5 2 8 6**

**4. Debtor's address**

Principal place of business:
**12946 113 Road**
Number   Street

**Minneola**   **KS**   **67865**
City   State   ZIP Code

**Ford**
County

Mailing address, if different from principal place of business:
Number   Street
P.O. Box
City   State   ZIP Code

Location of principal assets, if different from principal place of business:
Number   Street
City   State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Amy Land and Cattle LLC**  Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☒ Chapter 12

Debtor **Amy Land and Cattle LLC** _____ Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No
    ☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY
              District _____ When _____ Case number _____
                                          MM / DD / YYYY
              District _____ When _____ Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes. Debtor **Jordan J Amy** _____ Relationship **Owner** _____
              District **Kansas** _____ When **12/08/2023**
                                                       MM / DD / YYYY
              Case number, if known _____

              Debtor _____ Relationship _____
              District _____ When _____
                                             MM / DD / YYYY
              Case number, if known _____

11. **Why is the case filed in *this district?***

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Amy Land and Cattle LLC** _____ Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number    Street
_____
_____
City                State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4
Case 23-11206    Doc# 1    Filed 12/08/23    Page 4 of 10

Debtor **Amy Land and Cattle LLC** _____  Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/08/2023**
MM / DD / YYYY

X **/s/ Jordan Amy**
Signature of authorized representative of debtor

**Jordan Amy**
Printed name

**Owner/Managing Member**
Title

**18. Signature of attorney**

X **/s/ David Prelle Eron** _____  Date **12/08/2023**
Signature of attorney for debtor                    MM / DD / YYYY

**David Prelle Eron**
Printed name

**Prelle Eron & Bailey, P.A.**
Firm name

**301 N. Main St., Suite 2000**
Number          Street

**Wichita**                                      **KS**          **67202**
City                                             State          ZIP Code

**(316) 262-5500**                               **david@eronlaw.net**
Contact phone                                    Email address

**23429**                                        **KS**
Bar number                                       State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 5

Case 23-11206   Doc# 1   Filed 12/08/23   Page 5 of 10

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

In re **Amy Land and Cattle LLC**                                  Case No. _____

                                                                   Chapter   **12**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept................................................ | **$25,000.00** |
   | Prior to the filing of this statement I have received....................................... | **$25,000.00** |
   | Balance Due.............................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor           ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor           ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **The fees listed and paid represent a retainer deposit, a portion of which was spent pre-filing, including on fees and costs. The deposit covers this case and the companion case for Jordan Amy. Fees are billed at the firm's standard hourly rates. All fees earned post-petition shall be subject to fee application. The engagement agreement between the firm and the debtors shall govern all fees and is available to the trustee, the Court, and U.S. Trustee's office upon request.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/08/2023** | **/s/ David Prelle Eron** |
| --- | --- |
| Date | *David Prelle Eron*     Bar No. 23429 |
| | Prelle Eron & Bailey, P.A. |
| | 301 N. Main St., Suite 2000 |
| | Wichita, KS 67202 |
| | Phone: (316) 262-5500 / Fax: (316) 262-5559 |

---

**/s/ Jordan Amy**

*Jordan Amy*
*Owner/Managing Member*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE: **Amy Land and Cattle LLC**            CASE NO

                                                                   CHAPTER    **12**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   12/8/2023                      Signature   **/s/ Jordan Amy**
                                                                           *Jordan Amy*
                                                                           *Owner/Managing Member*

Date                              Signature

| | | |
|---|---|---|
| Ackerman Law LLC<br>Attorney at Law<br>PO Box 140182<br>Kansas City MO 64111 | Corporation Service Company<br>2900 SW Wanamaker Drive Suite 2<br>Topeka KS 66604 | GNBank NA<br>Attn Officer<br>100 E Forest Ave<br>Girard KS 66743 |
| Animal Helath Intl<br>PO Box 1418<br>Loveland CO 80539 | Corporation Service Company<br>PO Box 2576<br>Springfield IL 62708 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA  19101-7346 |
| ASP Enterprises Inc<br>5301 E 59th St<br>Kansas City MO 64130 | Curtis E Campbell Chartered<br>Attorney at Law<br>PO Box 466<br>Cimarron KS 67835 | Jordan Amy<br>406 E Front St<br>Minneola, KS 67865 |
| AV Energy LLC<br>710 West Trail Street<br>Dodge City KS 67801 | Deere & Company<br>Resident Agent CT Corporation S<br>112 SW 7th Street Suite 3C<br>Topeka KS 66603 | Jordan Amy Excavating LLC<br>12946 113 Road<br>Minneola, KS 67865 |
| C2C Resources LLC<br>1455 Lincoln Parkway Ste 550<br>Atlanta GA 30346 | Del Real Construction LLC<br>2321 Howell<br>Dodge City KS 67801 | KanEquip Inc<br>SBLSG Registered Agent LLC<br>9001 West 110th Suite 230<br>Overland Park KS 66210 |
| Caterpillar Financial Service C<br>2120 West End Avenue<br>Nashville TN 37203 | Farm Credit Agdirect<br>PO Box 2409<br>Omaha NE 68103 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66601-3058 |
| Caterpillar Financial Services<br>Resident Agent Corporation Serv<br>2900 SW Wanamaker Drive Suite 2<br>Topeka KS 66614 | Farm Credit Services of America<br>Attn Agent<br>C T Corporation System<br>112 SW 7th St Ste 3C<br>Topeka KS 66603 | Landmark National Bank<br>P O Box 1437<br>Dodge City KS 67801 |
| Clark County Treasurer<br>Crystal Roberts<br>PO Box 185<br>Ashland KS 67831 | Farm Credit Services of America<br>Attn Litigation Officer<br>5015 S 118th St<br>Omaha NE 68137 | Landmark National Bank<br>701 Poyntz Avenue<br>Manhattan KS 66502 |
| CNH Industrial Capital<br>Attn: Bankruptcy<br>PO Box 3600<br>Lansaster PA 17604 | Foley Equipment Company<br>5701 E 87th St<br>Kansas City MO 64132 | Leaf Capital Funding LLC<br>Registered Agent Solutions Inc<br>2101 SW 21st Street<br>Topeka KS 66604 |
| Continental Western Group Insur<br>11201 Douglas Ave<br>PO Box 1594<br>Des Moines IA 50306 | Ford County Treasurer<br>Kourtney Soltero<br>100 Gunsmoke St Fl 3<br>Dodge City KS 67801 | Longview Truck Center<br>3132 TX-31<br>Longview TX 75603 |

| | | |
|---|---|---|
| Debtor(s): Amy Land and Cattle LLC | Case No:<br>Chapter: **12** | **DISTRICT OF KANSAS**<br>**WICHITA DIVISION** |

Lori Hertel
Ness County Clerk
202 W Sycamore St Ste 10
Ness City KS 67560

Ritchie Bros
Iron Planet
5667 Gibraltar Drive Suite 200
Pleasanton CA 94588

US Attorney Wichita
1200 Epic Center
301 N Main
Wichita KS  67202

Madden Oil Company
211 S Kansas Ave
PO Box 148
Liberal KS 67905-0148

RJA Dozer Service LLC
12946 113 Road
Minneola, KS 67865

US Small Business Administration
1545 Hawkins Blvd Ste 202
El Paso TX 79925
Omaha NE 68127

Martindell Swearer Shaffer Ride:
20 Compound Dr
PO Box 1907
Hutchinson KS 67504-1907

Sheffield Financial
Attn: Bankruptcy
214 N Tryon St
Charlotte NC 28202

US Small Business Administration
District Counsel
10675 Bedford Ave Ste 100
Omaha NE 68127

McAnany Van Cleave & Phillips P.
10 East Cambridge Circle Dr Ste
Kansas City KS 66103

Small Business Administration
Wayne Bell District Director
220 West Douglas Suite 450
Wichita KS 67202

Minneola Coop Inc
500 W Front St
Minneola KS 67865

Smith Oil & Tire LLC
29502 12 Rd
Montezuma KS 67867

Minneola Coop Inc
Cooperative Marketing Act Resid
412 Front
Minneola KS 67865

The Dodge City Cooperative Exch
dba Pride Ag Resources
908 W Frontview St
Dodge City KS 67801

Morris Lang Evans Brock & Kenne
Old Town Square
300 N Mead Ste 200
Wichita KS 67202

The Law Offices of Mark A Kirko
1119 W Southern Ave Ste 200
Mesa AZ 85210

Murphy Tractor & Equipment Co I
10893 112 Rd
PO Box 1760
Dodge City KS 67801

The Law Offices of Michael R Pr
PO Box 962
Coraopolis PA 15108

North Mill Credit Trust
81 Throckmorton Ave
Mill Valley CA 94941

United Rentals Inc
100 First Stamford Place Ste 70
Stamford CT 06902

Rebecca Mishler
Clark County Clerk
913 Highland
Ashland KS 67831

United States Attorney General
Merrick B Garland US Dept of Ju
950 Pennsylvania Avenue
Washington DC 20530-0001